UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730



William T. Walsh
Clerk

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO : NEWARK

March 2, 2010

FILED by AP D.C.
MAR 08 2010
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Clerk of the Court
United States District Court
For The Southern District of Florida
150 C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue
Miami, FL 33128

**Re: USA v. Joel Socorro**
**Our Magistrate No. 10-3513**
**Your Case No. 96-CR-565-DMM**

Dear Clerk:

Please be advised that an initial appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. If applicable, a certified copy of the Appearance Bond is enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: /s/ Lorraine McNerney
Lorraine McNerney, Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** ______________________________
**DATE:** ____________________

AO (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

for the District of New Jersey

UNITED STATES OF AMERICA
V.

JOEL SOCORRO
Defendant

## APPEARANCE BOND

Certified as a true copy on
This Date: 3/2/10
By [signature]
( X ) Clerk
( ) Deputy

Case 10-3513

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 100,000 unsecured in ~~cash~~ appearance bond (describe other security.)

The conditions of this bond are that the defendant JOEL SOCORRO (Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on February 2, 2010 (Date) at U.S. District Court, Newark, NJ 07102 (Place)

Defendant [signature] Address 312 28 St apt 6 Union

Surety [signature] Cinthia Vergara Address City NJ 07087 / Same address

Surety [signature] Jorge Perez Address 522 Olympia Ave, Cliffside Park, NJ.

Signed and acknowledged before me on February 2, 2010 (Date)

[signature]
Judge/Clerk

Approved: [signature]
Judicial Officer

Surety [signature] Maria Vergara address 312 28 St apt 6. UC NJ