UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-565-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff

vs.

JOEL SOCORRO

        Defendant.

**ARRAIGNMENT INFORMATION SHEET**

Jail No : ON BOND

Language: English

The above-named Defendant appeared before **U.S. Magistrate Judge STEPHEN T. BROWN**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

              Tel. No:

Defense Counsel:  Name: PETER WILLIS, ESQ.

              Tel. No

Bond Set/Continued:    $100K (NEW JERSEY)

Dated this 24th day of MARCH, 2010.

STEVEN M. LARIMORE, CLERK OF COURT

BY STEPHANIE LEE
    Deputy Clerk

TAPE NO. 10D-9
DAR NO. 14:04:05