U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 96-0565-CR-DMM

UNITED STATES OF AMERICA

v.

JOEL SOCORRO

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled case is set for Change of Plea on Tuesday, May 4, 2010 at 99 N.E. 4th Street, 11th Floor, Miami, Florida 33132.

2. JOEL SOCORRO Jail #: 10013215, a material witness for the United States in this case, is now confined in Orange County Jail at 3723 Vision Boulevard, Orlando, FL 32839.

3. It is necessary to have this witness before this Court for the purpose of testifying on behalf of the United States at 99 N.E. 4th Street, 11th Floor, Miami, Florida 33132.

WHEREFORE, this petitioner prays that this Honorable court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said JOEL SOCORRO Jail #: 10013215 and have the subject before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of all testimony to return the witness to the custody of the Warden of the aforesaid penal institution ; and also directing the Warden to deliver the witness into the custody of any United States Marshal for this purpose.

JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

By: _____
CHRISTOPHER V. PARENTE
Assistant United States Attorney

cc: U.S. Attorney ( CHRISTOPHER V. PARENTE )