UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-565-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

vs.

JOEL SOCORRO,

    Defendant.

_____/



FILED by _____ D.C.
MAY 04 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - W.P.B.

## FACTUAL PROFFER

Had this matter proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

On June 11, 1996, the defendant, Joel Socorro, and his co-defendants met and attempted to rob a UPS truck. The defendant was the driver of the vehicle used to block the path of the UPS truck. After the defendant blocked the UPS truck with the vehicle, co-defendants Yosvany Lopez and Yosvany Diaz exited the vehicle. Both Lopez and Diaz were armed with firearms. Co-defendant Lopez walked up to the UPS driver, pointed a Smith and Wesson Model 66 .357 magnum revolver at the driver, and told him to move the truck into an empty parking spot. As Lopez and Diaz waited for the UPS driver to move the truck, they observed a car heading in their direction and aborted the robbery attempt. The defendant then drove himself and his co-defendants away from the attempted robbery scene. The UPS truck contained items that had been shipped in interstate commerce, including two boxes of computer chips valued at $33,422 each that were shipped from HEI components Inc. in California to B.E.K. International Inc. in Miami, Florida. The UPS truck driver

later identified Lopez as the person who pointed the gun at him. Police later recovered the firearm used by Lopez. The defendant was later identified as the individual who drove the vehicle on the date of the attempted robbery by his co-defendant Vladimir Gonzalez.

Date: 5/4/10

By: _____
CHRISTOPHER V. PARENTE
ASSISTANT UNITED STATES ATTORNEY

Date: 5/3/10

By: _____
PETER WILLIS
ATTORNEY FOR DEFENDANT

Date: X 5/3/10

By: X_____
JOEL SOCORRO
DEFENDANT