UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-00565-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

vs.

JOEL SOCORRO,

       **Defendant.**
_____/

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.G. § 5K1.1

Pursuant to United States Sentencing Guideline Section 5K1.1, the United States of America hereby moves for a downward departure from the sentence of defendant Joel Socorro, in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the government states the following:

1. On May 4, 2010, the defendant pled guilty to count 7 of the Third Superseding Indictment, which charges him with knowingly using and carrying a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1). His sentencing is currently scheduled for July 22, 2010.

2. Mr. Socorro has provided substantial assistance to the government in the prosecution of others. The government will further indicate the nature and quality of the defendant's cooperation at sentencing.

3. Based on his cooperation, the government believes that Mr. Socorro's sentence should be reduced by twenty percent (20%).

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s/Christopher V. Parente
CHRISTOPHER V. PARENTE
Assistant United States Attorney
Court ID No. A5501260
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9285
Fax: (305) 536-4699

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2010, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/Christopher V. Parente  
Christopher V. Parente  
Assistant United States Attorney
